IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES A. GRAY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN KERESTES** | : | **NO. 11-3349** |

## ORDER

**AND NOW**, this 17th day of August, 2011, upon consideration of the Motion for Relief from Judgment or Order Rule 60(b)(6) (Document No. 1), the defendant's response and the petitioner's rebuttal, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.